# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Charles Jackson,

    Petitioner,

        v.                                    Case No. 1:07cv507

Ernie Moore, Warden,                   Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on March 25, 2009 (Doc. 21).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.** Petitioner's Motion to Stay (Doc. 19) is hereby **DENIED** consistent with the opinion of the Magistrate Judge.

    **IT IS SO ORDERED.**

                                                    /s/ Michael R. Barrett
                                                    Michael R. Barrett, Judge
                                                    United States District Court